UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RONALD SATISH EMRIT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-96** |
| **ELON MUSK, ET AL** | **SECTION: D (4)** |

## JUDGMENT

Considering the Court's April 23, 2025 Order and Reasons (R. Doc. 26);

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff Ronald Satish Emrit's Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e) as frivolous.

New Orleans, Louisiana, April 23, 2025.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**